# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY DEAN PALMER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. HICINBOTHOM, et. al.,<br><br>　　　　Defendants.<br>_____/ | CV F   03 6525 AWI LJO P<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |

　　Henry Dean Palmer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.   Plaintiff filed the instant action on October 31, 2003.  On March 5, 2004, the Court dismissed the Complaint with leave to amend as the Complaint did not state a cognizable claim for relief.

　　Plaintiff filed an Amended Complaint on April 5, 2004.  The Court has reviewed the Complaint and it appears to state a cognizable Eighth Amendment claim for relief against Defendants Hicinbotham, Cervantes and Garcia.   Accordingly, IT IS HEREBY ORDERED that:

　　1.　　Service is appropriate for the following defendants:

　　　　D.  HICINBOTHOM, Fac.  Cpt.(A)

　　　　J.L. GARCIA, CC II (A)

　　　　H.  CERVANTEZ, CCI

　　2.　　The Clerk of the Court shall send Plaintiff THREE USM-285 forms, THREE summons, a Notice of Submission of Documents form, an instruction sheet and a

1

copy of the complaint filed April 5, 2004.

3. Within THIRTY (30) DAYS from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. **FOUR** copies of the endorsed complaint filed April 5, 2004.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>Plaintiff is forewarned that his failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

**Dated:     June 3, 2005**                    /s/ Lawrence J. O'Neill
b9ed48                                            UNITED STATES MAGISTRATE JUDGE