BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5288
 Fax: (916) 324-5205

Attorneys for Defendant Hicinbothom

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HENRY DEAN PALMER,** | 1:03-CV-06525-AWI-LJO-P |
| Plaintiff, | **ORDER** GRANTING EXTENSION OF TIME |
| v. | (Documents #16 & #20) |
| **D. HICINBOTHOM, et al.,** | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On October 3, 2005, and October 17, 2005, defendant Hicinbothom filed motions for an extension of time to file a response to the complaint. On October 24, 2005, defendant Hicinbothom filed a motion to dismiss the complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT defendant Hicinbothom's motions for an extension of time to file a response to the complaint are GRANTED nunc pro tunc to October 3, 2005.

IT IS SO ORDERED.

**Dated:   October 27, 2005**          /s/ Lawrence J. O'Neill
b6edp0                                    UNITED STATES MAGISTRATE JUDGE