# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY DEAN PALMER, | CV F   03 6525 AWI LJO P |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION TO JOIN IN PENDING MOTION TO DISMISS (Doc. 30.) |
| D. HICINBOTHOM, et. al., | |
| Defendants. | |

Henry Dean Palmer ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on October 31, 2003. On October 27, 2005, Defendant Hicinbothom moved to dismiss the action on the grounds that the action is barred by the statute of limitations, Plaintiff did not exhaust his administrative remedies, and Plaintiff did not state a claim against the Defendant. (Doc. 22.) Plaintiff filed an Opposition to the Motion on December 8, 2005.

On November 28, 2005, Defendant Cervantez waived service of the Complaint. Defendant J.L. Garcia also waived service on December 13, 2005.

On December 13, 2005, Defendants Cervantez and Garcia moved to join the Motion to

1 Dismiss filed by Defendant Hicinbothom.  Plaintiff opposed the Motion on January 17, 2006.
2 Having read the moving papers, the Court finds good cause to grant Defendants Cervantez and
3 Garcia's Motion to join in the pending Motion to Dismiss.  Accordingly, the Court HEREBY
4 ORDERS:
5     1.    Defendants Motion to join in the pending Motion to Dismiss is GRANTED.
6     The Court will resolve the Motion to Dismiss in due course.
7 IT IS SO ORDERED.
8 **Dated:   March 21, 2006**               **/s/ Lawrence J. O'Neill**
b9ed48                                              UNITED STATES MAGISTRATE JUDGE

2